1  GLYNN & FINLEY, LLP
   ADAM FRIEDENBERG, Bar No. 205778
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  E-mail: afriedenberg@glynnfinley.com
           jeldredge@glynnfinley.com
6
   Attorneys for Defendant ConocoPhillips Company
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JOSEPH EL SINETTI, an individual,    )   Case No. C09-03056-TEH
                                        )
12              Plaintiff,              )   **STIPULATION TO EXTEND TIME TO**
                                        )   **RESPOND TO COMPLAINT**
13     vs.                              )
                                        )
14 CONOCOPHILLIPS COMPANY, a Texas      )
   corporation and DOES 1 through 10,   )
15 Inclusive,                           )
                                        )
16              Defendants.             )
                                        )
17

18     The parties hereby stipulate to extend Defendant ConocoPhillips Company's time to

19 respond to the complaint to September 15, 2009.  This stipulation will not alter the date of any

20 event or deadline already fixed by Court order.

21     IT IS SO STIPULATED.

22 Dated: July 13, 2009                     GLYNN & FINLEY, LLP

23                                              /s/ Jonathan A. Eldredge
24                                          Attorneys for ConocoPhillips Company

25

26 Dated:                                   BLEAU FOX, A P.L.C.

27                                              /s/ Melissa Rhee
28                                          Attorneys for Plaintiff

[Court seal: IT IS SO ORDERED / Judge Thelton E. Henderson / 07/14/09]

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  **ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

2      I, Jonathan A. Eldredge, attest that concurrence in the filing of this document has been

3  obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed

4  document.

5      I declare under penalty of perjury under the laws of the United States of America that the

6  foregoing is true and correct.

7

8  Dated: July 13, 2009                          GLYNN & FINLEY, LLP

9                                                    /s/ Jonathan A. Eldredge

10                                           Jonathan A. Eldredge
                                            Attorneys for ConocoPhillips Company

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT