1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10

11   JOSEPH SINETTI, an individual,            )     **Case No. C09-03056 TEH**
                                               )
12                    Plaintiff,               )     **ORDER RE CASE STATUS UPDATE**
                                               )     **AND STIPULATION TO EXTEND**
                                               )     **CONOCOPHILLIPS COMPANY'S**
13           vs.                               )     **TIME TO RESPOND TO THE**
                                               )     **COMPLAINT AND CONTINUE THE**
14   CONOCOPHILLIPS COMPANY, a Texas           )     **CASE MANAGEMENT CONFERENCE**
     corporation and DOES 1 through 10,        )
15   Inclusive,                                )
                                               )
16                    Defendant.               )
                                               )

17   _____

18          FOR GOOD CAUSE SHOWN, THE COURT ORDERS that ConocoPhillips Company's

19   ("COP") time to respond to the complaint be extended to December 21, 2009.  Should Judge

20   Whyte not rule on COP's "Administrative Motion to Consider Whether Cases Should Be

21   Related" within 90 days, COP will report further to the Court so that it may revisit whether a

22   further extension would be appropriate.  The Initial Case Management Conference is continued

23   until January 11, 2010 at 1:30 PM.

24          For avoidance of doubt, nothing herein shall prevent Plaintiffs' ability to seek a

25   temporary restraining order or preliminary injunction before COP has responded to the

26   complaint, or file motions to remand to state court.

27   Dated: September 16, 2009                  _____

28                                             District Court Judge

                                               Judge Thelton E. Henderson

                                     - 1 -
     ORDER RE STIPULATION TO EXTEND COP'S TIME TO RESPOND TO THE COMPLAINT